Joseph G. Adams (#018210)
David G. Barker (#024657)
Eric M. Nielsen (#024746)
Mark W. Williams (#026403)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: jgadams@swlaw.com
Email: dbarker@swlaw.com
Email: enielsen@swlaw.com
Email: mwwilliams@swlaw.com

Attorneys for Plaintiff
Misty Mate, Inc.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ARIZONA

| | |
|---|---|
| Misty Mate, Inc., an Arizona corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Orbit Irrigation Products, Inc., a Utah Corporation; and Arizona Mist, Inc., a Utah Corporation,<br><br>Defendants. | Case No.<br><br>**COMPLAINT**<br><br>(Jury Trial Demanded) |

Plaintiff Misty Mate, Inc. ("Misty Mate"), alleges the following for its complaint against defendants Orbit Irrigation Products, Inc. ("OIP"), and Arizona Mist, Inc. ("AZM" and, collectively with OIP, "Defendants"):

**PARTIES**

1. Misty Mate is an Arizona corporation with its principal place of business located in Tempe, Arizona.

2. OIP is a Utah corporation with its principal place of business located in Bountiful, Utah.

3. AZM is a Utah corporation with its principal place of business located in Bountiful, Utah.

4. On information and belief, AZM is a subsidiary that is owned and operated by OIP.

## JURISDICTION AND VENUE

5. This civil action includes claims for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1-376.

6. This court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338.

7. This Court has personal jurisdiction over Defendants because Defendants have committed acts of patent infringement, contributed to or induced acts of patent infringement by others, and/or committed acts of unfair competition in the District of Arizona and elsewhere in the United States. Defendants have substantial and continuous contacts with the State of Arizona, have purposefully availed themselves of the privilege of doing business in Arizona, and have purposefully directed their infringing activities at Arizona, knowing Misty Mate would be harmed by the infringement in Arizona. Further, Defendants have purposefully injected their infringing products into the stream of commerce, knowing that the infringing products would be sold in Arizona, and Defendants' products have in fact been sold in Arizona.

8. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and (c) and 1400(b) because Defendants are subject to personal jurisdiction here and have committed acts of infringement here, and because a substantial part of the events giving rise to Misty Mate's claims occurred here.

## MISTY MATE'S BACKGROUND

9. Headquartered in Tempe, Arizona, Misty Mate is a pioneering manufacturing company. Misty Mate created the "mist cooling" industry by providing

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

easy to use hand-held personal misters, and Misty Mate invented and brought its first pressure operated personal mister to consumers in 1989. Misty Mate's innovative products provide mist cooling virtually anywhere and can provide as much as a 30ºF drop in relative ambient temperature through evaporative cooling.

10. Misty Mate currently sells a Pro Series line of personal misters including the Misty 3, Misty 8, the Misty 16, and Misty 24 (collectively the "Misty Mate Pro Series Misters").

11. Each Misty Mate Pro Series Mister includes a hand operated pump/carry handle, a custom pressure gauge, a water reservoir, a pressure regulator, and a nozzle.

12. Misty Mate has spent considerable time and resources refining its personal mister design and the manufacturing processes to produce the Misty Mate Pro Series Misters.

13. Specifically, Misty Mate worked with Taizhou Sunny Agricultural Machinery CO. LTD. ("Taizhou"), a Chinese plastic products manufacturer, to develop expensive custom manufacturing tooling for a plastic molding process that efficiently produces many component parts of Misty Mate's personal misters.

14. On information and belief, Taizhou is also known as or operates as Arctic Taizhou Tianfend Medical Equipment Factory, Sunny, Arctic Ocean and Farmate.

15. In 2007, Misty Mate enlisted Taizhou to manufacture the new and uniquely designed line of Misty Mate Pro Series Personal Misters.

16. At Misty Mate's direction and expense, Taizhou constructed the tooling for the Misty Mate Pro Series Misters, and Misty Mate owns the tooling.

17. In first quarter of 2008, Misty Mate began to market and sell Misty Mate Pro Series Personal Misters in numerous Wal-Mart Stores, Inc. locations.

18. In 2008, Misty Mate provided engineering and manufacturing support to Taizhou, which Misty Mate funded, and instructed Taizhou to improve its manufacturing processes for the Misty Mate Pro Series Misters.

19. Since then, Misty Mate has received minimal product from Taizhou, even

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

though Misty Mate has, on numerous occasions, contacted, ordered, or requested delivery schedules from Taizhou.

20. Defendants sell the "outdoor mist 16 oz. mist bottle" and "outdoor mist 8 oz. mist bottle" ("Defendants' Misters") through various national retailers such as The Home Depot, Inc. ("Home Depot"), Lowes Companies, Inc. ("Lowes"), and Ace Hardware Corporation, in several states, including in Arizona.

21. On August 9, 2011, the United States Patent and Trademark Office ("PTO") issued United States Design Patent Number D643,092 ("the '092 Patent") [attached as Ex. A], entitled "DURABLE PORTABLE PRESSURIZED MIST COOLING DEVICE," and on December 6, 2011, the PTO issued United States Utility Patent Number 8,070,140 ("the '140 Patent") [attached as Ex. B], also entitled "DURABLE PORTABLE PRESSURIZED MIST COOLING DEVICE," to David Bandawat, Kyle Swen, Chris Harsacky, Chris Morast, and Christopher Fruhauf. The '092 Patent and the '140 Patent are both assigned to Misty Mate, which is the sole assignee, and which has owned the '092 and '140 Patents throughout the period of Defendants' infringement and who still owns the patents. The '092 and '140 Patents include disclosure relating to the Misty Mate Pro Series Misters.

22. Defendants copied the Misty Mate Pro Series Misters sold by Misty Mate.

23. On information and belief, Defendants' Misters are manufactured in the same factory as the Misty Mate Pro Series Misters.

24. On information and belief, Defendants' Misters are currently manufactured at least in part using tooling designed and owned by Misty Mate.

25. On information and belief, Taizhou has provided Defendants with an unfair advantage in the marketplace and has denied Misty Mate access to the tooling it paid for and owns.

26. OIP has made, used, sold, or offered for sale Defendants' Misters in the United States and in Arizona, and has imported or distributed Defendants' Misters into the United States and into Arizona.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

27. AZM has made, used, sold, or offered for sale Defendants' Misters in the United States and in Arizona, and has imported or distributed Defendants' Misters into the United States and into Arizona.

28. Defendants' Misters are sold in Home Depot, including Home Depot locations in Arizona, and are available to consumers throughout the United States, including through the Home Depot website, where Defendants' Misters are presented to users alongside Misty Mate products.

29. The pressure gauge of Defendants' Misters is identical to the pressure gauge offered on the Misty Mate Pro Series Misters, even copying Misty Mate's unique face design and its corporate colors appearing in the pressure demarcations on the gauge face.

**Defendants' Misters Gauge**



**Misty Mate Pro Series Mister Gauge**



///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

30. Defendants' Misters also have a flow paddle that is identical to the unique flow paddle design used in the Misty Mate Pro Series Misters.

**Defendants' Misters Flow Paddle** **Misty Mate Pro Series Mister Flow Paddle**





31. Moreover, Defendants' Misters employ a nearly identical color scheme and overall shape to the Misty Mate Pro Series Misters.

**Defendants' Misters** **Misty Mate Pro Series Mister**





32. Defendants intended to copy the Misty Mate Pro Series Misters as shown by the extent to which Defendants sought to make Defendants' Misters appear nearly identical to Misty Mate's products. As depicted above, Defendants identically copied certain features of the Misty Mate Pro Series Misters, including without limitation, (1)

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

the overall shape of the Misty Mate Pro Series Misters, (2) the blue coloring of the Misty Mate Pro Series Misters, (3) the unique textured design of the flow control paddle, and (4) the unique gauge face design.

33. Defendants' intent to copy is also shown by their use of the CHILLY MATES name. Defendants market Defendants' Misters with a mark—CHILLY MATES—that is similar to the MISTY MATE mark, U.S. Trademark Registration No. 2,142,478, which Misty Mate uses as a source identifier for the Misty Mate Pro Series Misters and other Misty Mate products.

34. Defendants have copied ornamental aspects of the Misty Mate Pro Series Misters, such that Defendants' Misters are indistinguishable by an ordinary observer from, and therefore infringe, one or more claims of the '092 Patent.

| **Defendants' Mister** | **'092 Patent Claim** |
|---|---|
|  |  |

35. Defendants have also copied functional aspects of the Misty Mate Pro Series Misters, such that Defendants' Misters infringe one or more claims of the '140 Patent.

36. Beginning at least as early as June 2012, the patent numbers for the '092

and ’140 Patents have been included on packaging associated with each Misty Mate Pro Series Mister and, prior to that, the packaging indicated that patent applications were pending. This packaging is available at the Taizhou factory where Defendants’ Misters are made and packaged.

37. Based on Defendants’ intentional copying of the Misty Mate Pro Series Mister, Defendants’ knowledge of the ’092 and ’140 Patents, and Defendants’ continued manufacture and sale of Defendants’ misters, Defendants willfully infringed and continue to infringe the ’092 and ’140 Patents.

38. Defendants are unfairly competing with Misty Mate because Defendants made nearly identical copies of the Misty Mate Pro Series Misters, are infringing the ’092 and ’140 Patents, and have copied and are infringing the non-functional, source-identifying features and trade dress of the Misty Mate Pro Series Misters. As such, Defendants are piggybacking on Misty Mate’s innovation, goodwill, and fame, to Misty Mate’s detriment and Defendants’ unfair advantage and gain.

**COUNT ONE**

**(Infringement of the ’092 Patent)**

39. Misty Mate realleges and incorporates by reference the preceding paragraphs of this Complaint as though fully set forth herein.

40. Defendants have infringed and are continuing to infringe, literally and/or under the doctrine of equivalents, the ’092 Patent by practicing the claim of the ’092 Patent in the manufacture, use, offering for sale, sale, and/or importation or exportation of Defendants’ Misters in violation of 35 U.S.C. § 271.

41. Defendants have infringed and are continuing to infringe the ’092 Patent by contributing to and/or actively inducing the infringement by others of the ’092 Patent by the manufacture, use, offering for sale, sale, and/or importation or exportation of Defendants’ Misters in violation of 35 U.S.C. § 271.

42. Defendants have willfully infringed the ’092 Patent.

43. Defendants’ acts of infringement of the ’092 Patent will continue as

Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren Phoenix, Arizona 85004-2202 (602) 382-6000

alleged in this Complaint unless enjoined by the Court.

44. As a direct and proximate result of Defendants' infringement of the '092 Patent, Misty Mate has suffered and will continue to suffer monetary damages.

45. Misty Mate is entitled to recover from Defendants the damages sustained by Misty Mate as a result of Defendants' wrongful acts in an amount to be determined at trial.

46. Misty Mate has suffered irreparable harm as a result of Defendants' infringement of the '092 Patent.

47. Unless Defendants are enjoined by this Court from continuing their infringement of the '092 Patent, Misty Mate will continue to suffer irreparable harm and impairment of the value of its patent rights. Thus, Misty Mate is entitled to a permanent injunction against further infringement.

48. Misty Mate has no adequate remedy at law.

## COUNT TWO

## (Infringement of the '140 Patent)

49. Misty Mate realleges and incorporates by reference the preceding paragraphs of this Complaint as though fully set forth herein.

50. Defendants have infringed and are continuing to infringe, literally and/or under the doctrine of equivalents, the '140 Patent by practicing one or more claims of the '140 Patent in the manufacture, use, offering for sale, sale, and/or importation or exportation of Defendants' Misters in violation of 35 U.S.C. § 271.

51. Defendants have infringed and are continuing to infringe the '140 Patent by contributing to and/or actively inducing the infringement by others of the '140 Patent by the manufacture, use, offering for sale, sale, and/or importation or exportation of Defendants' Misters in violation of 35 U.S.C. § 271.

52. Defendants have willfully infringed the '140 Patent.

53. Defendants' acts of infringement of the '140 Patent will continue as alleged in this Complaint unless enjoined by the Court.

Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren Phoenix, Arizona 85004-2202 (602) 382-6000

54. As a direct and proximate result of Defendants' infringement of the '140 Patent, Misty Mate has suffered and will suffer monetary damages.

55. Misty Mate is entitled to recover from Defendants the damages sustained by Misty Mate as a result of Defendants' wrongful acts in an amount to be determined at trial.

56. Misty Mate has suffered irreparable harm as a result of Defendants' infringement of the '140 Patent.

57. Unless Defendants are enjoined by this Court from continuing their infringement of the '140 Patent, Misty Mate will continue to suffer irreparable harm and impairment of the value of its patent rights. Thus, Misty Mate is entitled to a permanent injunction against further infringement.

58. Misty Mate has no adequate remedy at law.

**COUNT THREE**

**(Common Law Unfair Competition)**

59. Misty Mate realleges and incorporates by reference the preceding paragraphs of this Complaint as though fully set forth herein.

60. Misty Mate owns common law rights in distinctive, non-functional, source-identifying aspects of the Misty Mate Pro Series Mister (the "Misty Mate Pro Series Mister Trade Dress") in Arizona and throughout the United States.

61. Defendants have sold and continue to sell nearly identical copies of the Misty Mate Pro Series Mister, and Defendants' Mister infringes the Misty Mate Pro Series Mister Trade Dress.

62. The packaging that Defendants' Mister is packaged in is nearly identical in size and shape to the packaging that the Misty Mate Pro Series Mister is packaged in.

63. Defendants' Mister is called "Chilly Mate," which is confusingly similar to Misty Mate's MISTY MATE trademark that is used in connection with the sale of the Misty Mate Pro Series Misters.

64. By reason of Defendants' collective acts alleged herein, Defendants

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

falsely represent that Defendants are somehow affiliated with, or sponsored or endorsed by, Misty Mate; Defendants dilute the goodwill in the Misty Mate Pro Series Mister Trade Dress; and Defendants' conduct is therefore likely to confuse, mislead, or deceive purchasers.

65. By reason of Defendants' collective acts alleged herein, Misty Mate has suffered and continues to suffer damage to its business, reputation, and goodwill, together with the loss of sales and profits Misty Mate would have made but for Defendants' acts, in an amount to be proven at trial.

66. By reason of Defendants' acts alleged herein, Misty Mate has suffered and continues to suffer irreparable damage. Unless Defendants are restrained, the damage and irreparable harm to Misty Mate will increase. Misty Mate has no adequate remedy at law. Misty Mate is entitled to preliminary and permanent injunctive relief.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

**PRAYER FOR RELIEF**

WHEREFORE, Misty Mate prays for judgment against Defendants as follows:

1. For judgment in favor of Misty Mate and against Defendants on the claims set forth above;

2. For judgment that the '092 and '140 Patents are valid, enforceable and infringed by Defendants;

3. For profits and damages resulting from Defendants' past and present infringement of the '092 and '140 Patents;

4. For judgment that Defendants' conduct on each of the claims set forth above was willful, intentional, and/or in bad faith;

5. For treble damages resulting from Defendants' willful infringement of the '092 and '140 Patents under 35 U.S.C. § 284;

6. For Defendants' profits and damages resulting from Defendants' willful intent to trade on Misty Mate's reputation and goodwill, and from Defendants' willful intent to cause dilution of Misty Mate's reputation and goodwill in the Misty Mate Pro Series Mister Trade Dress;

7. For judgment that this is an exceptional case under 35 U.S.C. § 285;

8. For an award of reasonable attorney's fees, including under 35 U.S.C. § 285;

9. For injunctive relief, preliminarily and permanently enjoining against the continuing infringement of the '140 and '092 Patents by Defendants, their officers, agents, servants, employees, and those persons acting in active concert or in participation with them, under 35 U.S.C. § 283;

10. For injunctive relief, preliminarily and permanently enjoining against any conduct that tends to falsely represent or dilute, or that is likely to confuse, mislead, or deceive purchasers, Defendants' customers, and/or members of the public, to believe that Defendants' Mister is any way affiliated or connected with Misty Mate;

11. For costs and disbursements incurred by Misty Mate;

12. For an assessment of prejudgment interest; and

13. For any other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Misty Mate hereby demands a jury trial under Rule 38 of the Federal Rules of Civil Procedure as to all issues in this lawsuit of which trial by jury is permitted.

Dated this 2nd day of July, 2013.

SNELL & WILMER L.L.P.

By: s/ Eric Nielsen
Joseph G. Adams
David G. Barker
Eric Nielsen
Mark Williams
One Arizona Center
400 E. Van Buren
Phoenix, Arizona 85004-2202
Attorneys for Plaintiff
Misty Mate, Inc.

Snell & Wilmer L.L.P. LAW OFFICES One Arizona Center, 400 E. Van Buren Phoenix, Arizona 85004-2202 (602) 382-6000